UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06333
    SYLVIA L PATTERSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4264

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/09/2007 and was confirmed 06/04/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 11/13/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE LLC | CURRENT MORTG | 27261.36 | .00 | 27261.36 |
| CHASE HOME FINANCE LLC | MORTGAGE ARRE | 7076.45 | .00 | 7076.45 |
| ORECK FINANCIAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AT&T CREDIT MANAGEMENT C | UNSEC W/INTER | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSEC W/INTER | 1555.03 | 143.58 | 1555.03 |
| CALVARY PORTFOLIO SVCS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CERTEGY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| COMCAST | UNSEC W/INTER | NOT FILED | .00 | .00 |
| TIME WARNER CABLE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HSBC NV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| UIC COLLEGE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYNS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYNS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYNS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYNS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYNS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LINCOLN TECH | UNSEC W/INTER | 3532.15 | 326.07 | 3532.15 |
| LINCOLN TECHNICAL INSTIT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY HEALTH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY HEALTH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIV PHYSICIANS F | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MAYWOOD FIRE DEPT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MERCURY FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MERCURY FINANCE CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSEC W/INTER | 826.93 | 76.39 | 826.93 |
| MIDLAND CREDIT MANAGEMEN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSEC W/INTER | 346.24 | 31.97 | 346.24 |
| LOYOLA UNIVERSITY HEALTH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY HEALTH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY HEALTH | UNSEC W/INTER | NOT FILED | .00 | .00 |

```
LOYOLA UNIVERSITY HEALTH  UNSEC W/INTER  NOT FILED             .00            .00
LOYOLA UNIVERSITY HEALTH  UNSEC W/INTER  NOT FILED             .00            .00
LOYOLA UNIVERSITY HEALTH  UNSEC W/INTER  NOT FILED             .00            .00
NICOR GAS                 UNSEC W/INTER  NOT FILED             .00            .00
NICOR GAS                 UNSEC W/INTER  NOT FILED             .00            .00
REGIONAL DIAGNOSTICS      UNSEC W/INTER    583.66           55.60         583.66
RJM AQUISITIONS FUNDING   UNSEC W/INTER     44.78            4.57          44.78
SIR FINANCE               UNSEC W/INTER  NOT FILED             .00            .00
PNC BANK                  UNSEC W/INTER  NOT FILED             .00            .00
US DEPT OF EDUCATION      UNSEC W/INTER  NOT FILED             .00            .00
US DEPT OF EDUCATION      UNSEC W/INTER  NOT FILED             .00            .00
US DEPT OF EDUCATION      UNSEC W/INTER  NOT FILED             .00            .00
US DEPT OF EDUCATION      UNSEC W/INTER  NOT FILED             .00            .00
US DEPT OF EDUCATION      UNSEC W/INTER  NOT FILED             .00            .00
CHASE HOME FINANCE LLC    NOTICE ONLY    NOT FILED             .00            .00
LORRAINE GREENBERG & ASS  REIMBURSEMENT    364.00             .00         364.00
NORTHWEST CAPITAL         UNSEC W/INTER   2224.79          174.86        2224.79
LORRAINE GREENBERG & ASS  DEBTOR ATTY    3,000.00                       3,000.00
TOM VAUGHN                TRUSTEE                                        3,733.35
DEBTOR REFUND             REFUND                                         1,560.58
```

## Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
                                             -----------------------------------

TRUSTEE                   52,922.36

PRIORITY                                          364.00
SECURED                                        34,337.81
UNSECURED                                       9,113.58
    INTEREST                                      813.04
ADMINISTRATIVE                                  3,000.00
TRUSTEE COMPENSATION                            3,733.35
DEBTOR REFUND                                   1,560.58
                          ---------------     ---------------
TOTALS                    52,922.36             52,922.36
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/09/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE